IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jemella Limited,<br><br>                    Plaintiff,<br><br>      v.<br><br>National Foods & Commodities, Inc.<br><br>                    Defendant. | Index No: 12-2143<br><br>**JURY TRIAL DEMANDED** |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff submits the following statement of their corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

1.  Jemella Limited is a private limited company incorporated under the laws of England.

2.  Jemella Limited is 100% owned by Jemella Group Limited, which is a private company. The parent company of Jemella Group Limited is Jemella Group Holdings Limited, which is a private company. The parent company of Jemella Group Holdings Limited is GHD Group Limited, which is a private company. The parent company of GHD Group Limited is GHD Holdings Limited, which is a private company. The parent company of GHD Holdings Limited is GHD Group Holdings Limited, which is a private company.

4821-5906-3823.1

3.  Therefore, no public corporation owns more than 10 percent of Jemella Limited nor any of Jemella Limited's parent companies.

Dated:  May 2, 2012                                             Respectfully submitted,

                                          By:  /s/ Jeremy L. Wallison, Esq.
                                                   Jeremy L. Wallison, Esq.
                                                   Akiva M. Cohen, Esq.
                                                   FOLEY & LARDNER LLP
                                                   90 Park Avenue
                                                   New York, New York 10016
                                                   Tel: (212) 682-7474
                                                   Fax: (212) 687-2329
                                                   jwallison@foley.com
                                                   acohen@foley.com

*Attorneys for Plaintiff Jemella Limited*